

**Residence Inn®**
2345 Mill Rd, Alexandria Va 22314 **P** 703.549.1155
Marriott.com/WASRA

| | | |
|---|---|---|
| J. Brown | | Room: 611 |
| | | Room Type: STKT |
| | | Number of Guests: 1 |
| | | Rate: $109.65    Clerk: |
| Arrive: 18Jun21   Time: 08:21PM | Depart: 19Jun21 | Time: 12:00PM    Folio Number: 62089 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 18Jun21 | Room Charge | 109.65 | |
| 18Jun21 | City Tax | 9.32 | |
| 18Jun21 | State Occupancy Tax | 6.58 | |
| 18Jun21 | Occupancy Sales Tax | 1.25 | |
| 19Jun21 | Visa | | 126.80 |

Card #: VIXXXXXXXXXXXX2169/XXXX
Amount: 126.80  Auth: 100001
This card was electronically swiped on 18Jun21

**BALANCE:**    0.00

As a Marriott Bonvoy Member, you could have earned points towards your free dream vacation today. Start earning points and Elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.



# Residence INN
### BY MARRIOTT

**Residence Inn®**
2345 Mill Rd, Alexandria Va 22314 P 703.549.1155
Marriott.com/WASRA

| | | |
|---|---|---|
| Jerome Brown | | Room: 611 |
| Ne 68108 | | Room Type: STKT |
| Leisure | | Number of Guests: 2 |
| | | Rate: $101.00  Clerk: SAK |
| Arrive: 19Jun21  Time: 08:10PM | Depart: 21Jun21 | Time: 08:43AM  Folio Number: 62090 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---:|---:|
| 19Jun21 | Room Charge | 114.75 | |
| 19Jun21 | City Tax | 9.75 | |
| 19Jun21 | State Occupancy Tax | 6.89 | |
| 19Jun21 | Occupancy Sales Tax | 1.25 | |
| 20Jun21 | Room Charge | 101.00 | |
| 20Jun21 | City Tax | 8.59 | |
| 20Jun21 | State Occupancy Tax | 6.06 | |
| 20Jun21 | Occupancy Sales Tax | 1.25 | |
| 21Jun21 | Visa | | 249.54 |

Card #: VIXXXXXXXXXXXX2169/XXXX
Amount: 249.54  Auth: 066771
This card was electronically swiped on 19Jun21

**BALANCE:   0.00**

As a Marriott Bonvoy Member, you could have earned points towards your free dream vacation today. Start earning points and Elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit ResidenceInn.com.



# UNITED STATES MARSHALS SERVICE
### Office of General Counsel
Washington DC 20530-1000

## Office: (202) 307-8544 Facsimile: (202) 307-8544

TO: Jerome Julius Brown

FROM: USMS Freedom of Information

DATE: 23 Apr 04

NUMBER OF PAGES: 1 EXCLUDING COVER SHEET

PHONE NUMBER: (301) 423-2208

Warning: MANY FACSIMILE MACHINES PRODUCE COPIES ON THERMAL PAPER. THE IMAGE PRODUCES IS HIGHLY UNSTABLE AND WILL DETERIORATE SIGNIFICANTLY IN A FEW YEARS. IT SHOULD BE COPIED ON A PLAIN PAPER COPIER PRIOR TO FILING AS A RECORD.

# Commonwealth of Virginia



Case No. CL18003433
Doc No: 3152072

## SUMMONS

### TO THE SHERIFF: YOU ARE HEREBY COMMANDED TO SERVE:

Serve:
Residence Inn By Marriott
Kathrina Franco, Other
Operations Manager
2345 Mill Road
Alexandria, VA 22314

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.

**Appearance in person is not required by this summons.**

Done in the name of The Commonwealth of Virginia, the 4th day of January, 2019.



James Dawkins
Deputy Clerk

Edward Semonian
Clerk, Circuit Court
520 King Street #307
Alexandria, VA 22314
(703) 746-4044

File Copy

COMMONWEALTH OF VIRGINIA:
In the Circuit Court of the City of Alexandria

Case # CL18003433

STYLE: BROWN, JEROME V RESIDENCE INN BY MARRIOTT ET AL

Serve:
Residence Inn By Marriott
Kathrina Franco, Other
Operations Manager
2345 Mill Road
Alexandria, VA 22314

# Commonwealth of Virginia



Case No. CL19002344
Doc No: 3231995

## SUMMONS

### TO THE SHERIFF: YOU ARE HEREBY COMMANDED TO SERVE:

Serve: Circuit Court of Alexandria
c/o Mr. Edward Semonian
520 King Street #307
Alexandria, VA  22314

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.

**Appearance in person is not required by this summons.**

Done in the name of The Commonwealth of Virginia, the 8th day of July, 2019.



James Dawkins
Deputy Clerk

Edward Semonian
Clerk, Circuit Court
520 King Street #307
Alexandria, VA  22314
(703) 746-4044

File Copy

COMMONWEALTH OF VIRGINIA:
In the Circuit Court of the City of Alexandria

Case # CL19002344

STYLE: BROWN, JEROME V CIRCUIT COURT OF ALEXANDRIA

Serve: Circuit Court of Alexandria
c/o Mr. Edward Semonian
520 King Street #307
Alexandria, VA 22314

File Copy

CLOSED

# U.S. District Court
# United States District Court for the Western District of Washington (Seattle)
# CIVIL DOCKET FOR CASE #: 2:19-cv-01246-RAJ

Brown v. United States Marshal Service et al
Assigned to: Judge Richard A. Jones
Cause: 28:1331 Fed. Question

Date Filed: 08/07/2019
Date Terminated: 09/26/2019
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Jerome Julius Brown, Sr**    represented by    **Jerome Julius Brown, Sr**
E-Filing/Service
8027 40TH AVE NE
SEATTLE, WA 98115
301-266-5683
Email: acfgein@gmail.com
PRO SE

V.

**Defendant**

**United States Marshal Service**

**Defendant**

**Gerald M Auerback**
*US Marshal General Council*

**Defendant**

**Donald W Washington**
*Director*

**Defendant**

**Hyunok Lee**
*#4193 Deputy US Marshal Supervisor*

**Defendant**

**Vincent T O'Neal**
*Supervisor Deputy US Marshal*

**Defendant**

**Edwin D Sloane**
*Supervisor US Marshal*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 08/07/2019 | 1 | MOTION for Leave to Proceed In Forma Pauperis before Judge Michelle L Peterson, filed by Jerome Julius Brown, Jr. (Attachments: # 1 Complaint, # 2 Civil Cover Sheet, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit)(CDA) (Additional attachment(s) added on 8/8/2019: # 15 Email transmittal) (CDA). (Entered: 08/08/2019) |
| 08/07/2019 | 2 | SEALED DOCUMENT: Exhibits by Plaintiff Jerome Julius Brown, Jr (Attachments: # 1 Exhibit, # 2 Exhibit) (Sealed by clerk due to unredacted personal identifiers) (CDA) (Entered: 08/08/2019) |
| 08/08/2019 | | NOTICE TO FILER: re 2 Sealed Documents/ Exhibits contain personal identifiers that are required to be redacted per Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.2, and has been administratively sealed. Please file a redacted version of the document as soon as practicable. This will not affect your original filing date. (CDA)(Enclosed copies of unredacted documents)cc plaintiff via US Mail (Entered: 08/08/2019) |
| 08/08/2019 | 4 | LETTER to Filer re case number and Judge assignment. (CDA)cc plaintiff via US Mail (Entered: 08/08/2019) |
| 08/08/2019 | 5 | SEALED DOCUMENT: Additional Exhibits by Plaintiff Jerome Julius Brown, Jr (Sealed by clerk due to unredacted personal identifiers) (MW) (Entered: 08/09/2019) |
| 08/08/2019 | | NOTICE TO FILER: re 5 Sealed Document. Document(s) contain personal identifiers that are required to be redacted per Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.2, and has been administratively sealed. Please file a redacted version of the document as soon as practicable. This will not affect your original filing date. (MW)(cc: Plaintiff via USPS) (Entered: 08/09/2019) |
| 08/12/2019 | 6 | LETTER to Plaintiff re Filing of Documents (sent to plaintiff via USPS) (ST) (Entered: 08/12/2019) |
| 08/12/2019 | 7 | ORDER granting Plaintiff's 1 Motion for Leave to Proceed in forma pauperis. Signed by Hon. Michelle L. Peterson. (PM) cc: Plaintiff via first class mail (Entered: 08/13/2019) |
| 08/12/2019 | 9 | COMPLAINT against defendant(s) Gerald M Auerback, Hyunok Lee, Vincent T O'Neal, Edwin D Sloane, United States Marshal Service, Donald W Washington with JURY DEMAND (Receipt # IFP Granted), filed by Jerome Julius Brown, Jr. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Civil Cover Sheet, # 14 Email transmittal) (PM) (Entered: 08/13/2019) |
| 08/13/2019 | 8 | NOTICE: Plaintiff Jerome Julius Brown, Jr has registered to electronically file and receive electronic service in this case. (PS) (Entered: 08/13/2019) |
| 08/13/2019 | 10 | STANDING ORDER for Civil Cases Assigned to Judge Richard A. Jones. (VE) (Entered: 08/13/2019) |
| 08/15/2019 | 11 | ORDER DISMISSING PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM: Within fourteen (14) days from the date of this Order, Plaintiff may file an amended complaint addressing the deficiencies addressed above. Signed by Judge Richard A. Jones. (MW) (Entered: 08/15/2019) |
| 08/16/2019 | 12 | SEALED MISCELLANEOUS DOCUMENTS ; filed by Plaintiff Jerome Julius Brown, Jr. (TH) Modified on 8/19/2019 to administratively seal document as it contains personal identifiers (TH). (Entered: 08/19/2019) |
| 08/19/2019 | | NOTICE TO FILER: re 12 . Document(s) contain personal identifiers that are required to be redacted per Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.2, and has been |